Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SNIECINSKI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:14-CV-1722 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: July 17, 2014<br>Time: 10:30 a.m. |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

138184.1

1

Case No.  3:14-CV-1722 WHO
STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

WHEREAS, a Case Management Conference is set for July 17, 2014 at 10:30 a.m.;

WHEREAS, the parties are currently engaged in settlement discussions;

WHEREAS, in order to fully explore settlement possibilities, and to conserve time and resources, the parties, through their respective attorneys of record, have met and conferred, and believe there is good cause to continue the Case Management Conference from July 17, 2014 to August 28, 2014 at 10:30 a.m. and the Joint Case Management Statement shall be due on or before August 21, 2014.

Dated: June 27, 2014

Michelle L. Roberts
Cassie Springer
SPRINGER & ROBERTS LLP


By: */s/ Michelle L. Roberts*
Michelle L. Roberts
Attorneys for Plaintiff
KEVIN SNIECINSKI

Dated: June 27, 2014

Linda M. Lawson
Cindy Mekari
MESERVE, MUMPER & HUGHES LLP


By: */s/ Cindy Mekari*
Cindy Mekari
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

138184.1

2

Case No. 3:14-CV-1722 WHO
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

The parties having stipulated as set forth above, **IT IS SO ORDERED AS FOLLOWS:**

1. The Case Management Conference is continued to August 26, 2014 at 2:00 p.m.

2. The Joint Case Management Statement shall be due on or before August 19, 2014.

Dated: June 27, 2014

_____
Hon. William H. Orrick
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

138184.1

3

Case No. 3:14-CV-1722 WHO
STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE