1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Cindy Mekari (Bar No. 272465)
   cmekari@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SNIECINSKI, ) | Case No. 3:14-CV-1722 WHO |
| Plaintiff, ) ) | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. ) ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) | Date: August 26, 2014 Time: 2:00 p.m. |
| Defendant. ) | |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

1

Case No. 3:14-CV-1722 WHO
STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

0.0

WHEREAS, Plaintiff KEVIN SNIECINSKI ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") enter into this Stipulation based on the following facts:

WHEREAS, the Court continued the Case Management Conference from July 17, 2014 to August 26, 2014;

WHEREAS, Linda M. Lawson, lead trial counsel for Prudential, has a bench trial in the Central District of California on August 26, 2014;

WHEREAS, the next available Tuesday that Plaintiff's lead trial counsel and Defendant's lead trial counsel are available is September 9, 2014;

WHEREAS, the parties, through their respective attorneys of record, have met and conferred regarding the unavailability of Linda M. Lawson and believe there is good cause to continue the Case Management Conference from August 26, 2014 to September 9, 2014 at 2:00 p.m. and the Joint Case Management Statement shall be due on or before September 2, 2014.

Dated: July 1, 2014

Michelle L. Roberts
Cassie Springer
SPRINGER & ROBERTS LLP


By:  */s/ Michelle L. Roberts*
Michelle L. Roberts
Attorneys for Plaintiff
KEVIN SNIECINSKI

Dated: July 1, 2014

Linda M. Lawson
Cindy Mekari
MESERVE, MUMPER & HUGHES LLP


By:  */s/ Cindy Mekari*
Cindy Mekari
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

2

Case No.  3:14-CV-1722 WHO
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

The parties having stipulated as set forth above, **IT IS SO ORDERED AS FOLLOWS:**

1. The Case Management Conference is continued to September 9, 2014 at 2:00 p.m.

2. The Joint Case Management Statement shall be due on or before September 2, 2014.

Dated: July 1, 2014

_____
Hon. William H. Orrick
Judge, United States District Court